UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NEIL WING | No. 1:25-cr-00078-SDN |

**PROSECUTION VERSION OF THE OFFENSE**

On September 12, 2024, a detective with the Maine State Police Computer Crimes Unit, conducted an undercover chat investigation involving the online chat platform known as "Kik". The detective used an undercover persona on this platform.

The detective's undercover persona reflected that of a 12-year-old female child residing in the Bangor area, utilizing a fictitious username for Kik. During this investigation and while acting in an undercover capacity, the detective joined an open Kik group for people in Maine.

A Kik user, using a screen name of "Jon Dude" with a username of "Wing_man247," joined the group as well and commented "36m Waterville." On September 12, 2024, the detective commented within the group, "12f Bangor." While chatting within these platforms users identify themselves by age, sex, and location. When the detective commented, "12f Bangor," the detective indicated that she was a 12-year-old female located in Bangor. Shortly after the detective's comment, she was privately messaged in Kik by "Jon Dude" saying, "Hey." The detective clicked on the

1

user's profile photo and viewed his Kik username, "Wing_man247." The account profile showed "Jon Dude" had been on Kik for 4,117 days.

The detective replied to this private message, "Hiiii."  From that point, "Jon Dude" and the detective exchanged approximately five messages before the detective reiterated her undercover persona's age as 12 years old. "Jon Dude" replied that he was 28 years old. The detective asked if he was bothered by her undercover persona's age, he replied he was not and returned the question. Quickly after that disclosure, "Jon Dude" turned the conversation into a sexual direction and repeatedly asked for pictures of the detective's undercover persona.

"Jon Dude" attempted to move the conversation over to Snapchat. The detective declined the invite. He then returned to speaking in sexually explicit language, and proceeded to mention he would like it if he could see the detective's undercover persona. The detective stated, "I'd like to kno ur real b4 it lol." Immediately, "Jon Dude" shared a photograph of himself with no shirt on, smiling. He sent a second similar photograph, but with his chest and stomach area more exposed. He mentioned that if the detective wanted to see more of him, it was up to her, maybe after he saw her undercover persona.

The detective proceeded to share with him a singular photograph of her face posed as a 12-year-old female. "Jon Dude" asked for a live photograph. He stated, "take a picture like this…." and sent a photograph of himself sitting on a bathroom toilet naked with his erect penis exposed.

In response to "Jon Dude's" request for a live photograph, the detective sent him a photograph of a toilet. He replied, "Wish I could see more of you" multiple times throughout their conversation.

In her undercover capacity, the detective communicated with "Jon Dude" periodically from September 12 to September 16, 2024. In those conversations, the detective told "Jon Dude" she was in school, had field hockey practice, was in the 6th grade, and that she could not drive as she was a child. Every day "Jon Dude" conversed with the detective, "Jon Dude" consistently asked to see her and indicated what sexual things he would do to the detective's undercover persona.

As part of the investigation into "Jon Dude," a preservation request was sent to Kik for user screen name "Jon Dude" with username of "wing_man247." Kik confirmed the preservation of the account. On September 18, 2024, a special agent with Homeland Security Investigations issued an administrative subpoena to Kik to provide the subscriber information for the username, "wing_man247."

On September 18, 2024, the detective did a Google search using the username "wing_man247." The search reflected a user platform called "X" formerly known as Twitter. The username was logged as posting to Twitter. The detective observed that the username was showing on Facebook and Instagram platforms as well. The name associated with that username for Facebook and Instagram was "Neil Wing." The detective also conducted a search of "Neil Wing" through Maine Bureau of Motor Vehicles.

On September 25, 2024, using the information gained through the investigation, the detective went to a residence in Waterville and observed a vehicle registered to Neil Wing parked in the driveway of the residence. The detective also observed a male leave the residence. The detective recognized this male from a driver's license photograph as being Neil Wing. She further recognized him as being the male, "Jon Dude," who sent

3

the selfie pictures, including that of him sitting on a toilet with his genitals exposed with an erect penis, to her 12-year-old undercover persona on Kik.

Search warrants were obtained for "Jon Dude's" Kik account as well as for Wing's residence for his phone and other electronics. A review of the Kik account revealed several IP addresses linked to "Jon Dude" and Neil Wing, including his home and cellular data. On October 14, 2024, law enforcement executed a search warrant on Wing's residence for electronic devices, including his phone. A search of the phone and other electronics found in Wing's home did not locate any CSEM material.

The same day law enforcement executed the search warrant on the residence, agents interviewed Wing. Wing acknowledged having a Kik account but claimed he had not used it for five or more years. When asked if his account name was Wing_Man247, he said "maybe." As the conversation progressed, he admitted to using his Kik account within the past month. He stated he had an inappropriate conversation with a girl that was maybe 14 or 15 but then stated maybe 12. Wing admitted the conversation turned sexual and there was a discussion of meeting up. Wing, however, throughout the interview also stated that he believed the "girl" was older because this all occurred in an adult chat room. Agents reminded him that the "girl" repeatedly told him she was 12.

Agents showed him the picture of him sitting on the toilet with an erect penis. Wing admitted to taking the photo and sending it to the "girl."

Had this case proceeded to trial, the evidence would have included the testimony of agents with Homeland Security Investigations and members of the Maine State Police, including the detective posing as a 12-year-old girl. The government would have introduced the Kik messages, admissions made by Wing, and the obscene image. This

evidence would have proven the Neil Wing guilty beyond a reasonable doubt of the offenses charged in the indictment.

Dated at Bangor, Maine this 3s1st day of October 2025.

Respectfully submitted,

ANDREW B. BENSON
United States Attorney

/s/ Raphaelle A. Silver
Raphaelle A. Silver
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that on October 31, 2025, I electronically filed the document(s) with the Clerk of Court and sent a copy of such filing(s) to the following:

Stephen C. Smith, Esq.
Attorney for the Defendant

Andrew B. Benson
United States Attorney

/s/Raphaelle A. Silver
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Suite 111
Bangor, ME 04401
(207) 945-0373